

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>DIANE NAGBY (DOSTALIK)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-00261<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

    Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Thursday_____, __6/13/2024__, at __2:00____ ☐ a.m. / ☒ p.m. before the, Honorable __Autumn D. Spaeth_____ in Courtroom ____6B_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
           *(Other custodial officer)*

Dated: ____6/12/2024_____     _____/s/ Autumn D. Spaeth_____
                                                     U.S. Magistrate Judge